MOTION GRANTED.

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:20-mj-2429 |
| | ) | |
| | ) | JUDGE HOLMES |
| TYSON JACKSON | ) | |

## MOTION TO DISMISS WITH PREJUDICE

COMES NOW the United States of America, by and through Henry C. Leventis, United States Attorney, and the undersigned Assistant United States Attorney, Robert E. McGuire and moves this court to dismiss the Indictment in this case with prejudice. The Defendant passed away on or about October 8, 2021. The Defendant's death caused obituaries to be posted a copy of which may be found online. [1]

Based on the foregoing, the United States respectfully requests that the Indictment in this case be dismissed.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney

By: *s/ Robert E. McGuire*
ROBERT E. MCGUIRE
Assistant U. S. Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203-3870
Telephone: 615-401-6617

---

[1] See Obituary | Tyson Jackson | Heritage Funeral Home & Cremation Services, LLC (tnfunerals.com) last accessed 1/2/2023.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing will be served electronically to counsel for defendant, via the Court's Electronic Case Filing System, on January 2, 2023.

                                              *s/ Robert E. McGuire*
                                              ROBERT E. MCGUIRE
                                              Assistant United States Attorney